UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-20029-CR-SEITZ

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

KENYA SMITH,

        Defendant.
_____/

## ORDER DENYING DEFENDANT'S MOTION FOR REDUCTION OF SENTENCE

THIS MATTER is before the Court on the Defendant's *pro se* form motion to reduce her sentence pursuant to 18 U.S.C. §3582(c)(2) based upon retroactive application of Amendment 706 to the U.S.S.G. for offenses involving cocaine base "crack." On April 1, 2008, the Court appointed the Federal Public Defender to represent the Defendant and to determine whether the Defendant in fact qualifies for such a reduction.

On April 25, 2008, the Federal Public Defender filed a notice indicating that the Defendant was convicted of one count of conspiracy to import five kilograms or more of powder cocaine and therefore was not eligible for the reduction which applies only to "crack" cocaine convictions. On May 7, 2008, United States Probation Officer Paul Czekanski presented his memorandum in response to the Defendant's motion which indicates the Defendant's offense involved 8 kilograms of cocaine powder. The guideline calculations for this non-crack offense yielded a total offense level of 29 and a criminal history category of II for a guideline imprisonment range of 120-121 months. The Court sentenced the Defendant to 120 months, the low end of the guidelines.

Having reviewed the file, including the Pre-sentence Investigation Report, the Court finds that the motion is without merit, and therefore will deny it for the reasons set forth in the Federal Public Defender's Notice and the USPO's memorandum. It is therefore,

ORDERED that the Defendant's Motion for Reduction of Sentence [DE 194] is DENIED.

DONE AND ORDERED, in Miami, Florida, this __12th__ day of June, 2008.

                                                PATRICIA A. SEITZ
                                                UNITED STATES DISTRICT COURT

cc:    Counsel of Record
       U.S. Marshals Service
       U.S. Probation Office